```
                    CLERK'S OFFICE
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
                  WASHINGTON, D.C. 20001
```

NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT

In re: STEPHEN THOMAS YELVERTON
Bankruptcy No.        14-10024

YOU ARE HEREBY NOTIFIED that on **February 11, 2015** the appeal filed on **February 03, 2015**, docketed as dkt no.____, was entered on the docket and was assigned to Judge **Christopher R. Cooper (CRC)**.
Civil Action No.   **15-0208**   has been assigned.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Appellant shall serve and file his brief within fourteen (14) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fourteen (14) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within fourteen (14) days after service of the brief of the appellee.

All filings in the case must be made via the Court's CM/ECF electronic filing system. In addition, please include on all subsequent papers both the Bankruptcy or Adversary Proceeding Numbers and Civil Action or Miscellaneous Numbers.

ANGELA D. CAESAR, CLERK

By **/s/ Rodney Davis, Jr.**
        Deputy Clerk

cc:   U.S. Bankruptcy Court