## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re STEPHEN THOMAS YELVERTON,**<br><br>Appellant,<br><br>v.<br><br>**Deborah Marm, <u>et al.</u>,**<br><br>Appellees. | Adversary Proceeding No. 14-10024<br><br>Bankruptcy Case No. 09-00414<br><br>Case No. 15-cv-00208 (CRC) |

### ORDER STRIKING APPEAL

In an August 6, 2014 Opinion and Order, the Court sanctioned Appellant Stephen Thomas Yelverton for frivolous and abusive filings because of his repeated attempts, in this Court and in others, to harass individuals associated with his bankruptcy proceedings. Because Yelverton had filed duplicative adversary proceedings and motions related to allegations of fraud by the bankruptcy trustee and his siblings, the Court ordered that "Appellant shall seek leave of this Court before filing any new civil action in this Court by filing a separate motion for leave to file, not to exceed three pages. In seeking leave to file any new complaint, the plaintiff must explain what new matters are raised to warrant the filing of a new complaint." <u>In re Yelverton</u>, No. 13-cv-1544, 2014 WL 3850052, at *5 (D.D.C. Aug. 6, 2014). This Order extends to appeals from bankruptcy orders, such as this case.

Accordingly, it is hereby

**ORDERED** that Appellant Yelverton's appeal is hereby STRIKEN. Appellant may seek to refile his appeal by following the requirements set forth in the Court's prior order.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   March 3, 2015